FILED

UNITED STATES DISTRICT COURT 2016 OCT 25 PM 2:56
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

WILLIAM A. MARIASH, and
KRISTIN P. MARIASH,

    Plaintiffs,

vs.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

CASE NO.:

6:16-cv-1864-ORL-40GJK

---

## DEFENDANT USAA CASUALTY INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant USAA Casualty Insurance Company ("USAA CIC") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 files a Notice of Removal to this Court of the above-captioned matter from the Ninth Judicial Circuit, Orange County, Florida. In support of the removal of this action, Defendant USAA CIC states as follows:

1.    Plaintiffs William Mariash and Kristin Mariash ("Plaintiffs") filed a civil action against USAA CIC in the Circuit Court for Orange County, Florida, Case No.: 2016-CA-008575-O, for alleged damages to their home located in Orlando, Orange County, Florida on or about June 11, 2016. In the Complaint, Plaintiffs allege a claim for breach of contract (Count I) and a claim for statutory bad faith pursuant to Fla. Stat. § 624.155.

2.    Defendant USAA CIC removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. This civil action is between citizens of

different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiffs and Defendant are diverse in citizenship.

4. Plaintiffs are citizens of Orange County, Florida.

5. Defendant USAA CIC is a foreign corporation, incorporated under the laws of Texas with its principal place of business in San Antonio, Texas.

6. Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant is a citizen of Texas. 28 U.S.C. §1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

7. Based on Plaintiffs' allegations contained in their Complaint and Civil Remedy Notice ("CRN"), the amount in controversy exceeds $75,000.00, exclusive of costs and interests. Plaintiffs allege their current damages total $111,181.31. **(See Exhibits B[1] and C[2] to Plaintiffs' Complaint).**

8. Service of Defendant USAA CIC occurred on October 5, 2016. As such, Defendant timely files this Notice of Removal within 30 days. 28 U.S.C. §1446(b); Fed. R. Civ. P. 6(a)(1).

9. The United States District Court for the Middle District of Florida, Orlando Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

---

[1] Plaintiffs' CRN filed September 27, 2016.
[2] Plaintiffs' Calculation of Statutory "Cure" Amount.

10. Copies of all process, pleadings, and Orders served upon Defendant are filed concurrently with this Notice of Removal as required by 28 U.S.C. §1446(a). **Exhibit A.**

11. Pursuant to 28 U.S.C. §1446(b), the Defendant served written notice on the Plaintiffs of this Notice of Removal. The Defendant filed and served a true and correct copy of the Notice of Filing Notice of Removal with the State Court as required by 28 U.S.C. §1446(d). **Exhibit B.**

12. Defendant has submitted herewith a filing fee of $400.00.

WHEREFORE, Defendant USAA CIC respectfully requests that this Court accept the removal of this action from State Court.

**BOYD & JENERETTE, P.A.**

*/s/ Kristen Van der Linde*

**KRISTEN M VAN DER LINDE**
Florida Bar No. 0964573
**TRIAL COUNSEL**
**PAMELA J. NELSON**
Florida Bar No. 0949700
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 - Telephone
904-353-2863 - Facsimile
Attorneys for Defendant USAA CIC
Primary Address for E-service: efiling@boyd-jenerette.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF, on this_____ day of October, 2016.

/s/ *Kristen Van der Linde*
_____
ATTORNEY